(No. 902—Claimant awarded $171.43.)

THE TEXAS COMPANY, A CORPORATION, Claimant, *vs.* STATE OF
ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when claimant entitled to refund.* There being no dispute as to the facts and law in this case the court enters an award in favor of claimant.

T. J. SULLIVAN, for claimant.

OSCAR E. CARLSTROM, Attorney General; GEORGE C. DIXON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim for the refund of franchise tax paid into the office of the Secretary of State erroneously and it appearing by stipulation filed by the Attorney General that the claimant is entitled to a refund in the sum of $171.43, and therefor by such consent and from the examination of the records this court recommends an allowance of the sum of $171.43 to the claimant.